IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:08cr34-WKW** |
| ) | |
| **JAMES EARLE STINSON** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of Defendant, **JAMES EARLE STINSON**, in the above-styled case.

Dated this 26th day of February 2008.

                                              Respectfully submitted,

                                              **s/Christine A. Freeman**
                                              **CHRISTINE A. FREEMAN**
                                              **TN BAR NO.: 11892**
                                              Federal Defenders
                                              Middle District of Alabama
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              TEL:   (334) 834-2099
                                              FAX:  (334) 834-0353
                                              E-Mail: Christine_Freeman@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:08cr34-WKW |
| ) | |
| **JAMES EARLE STINSON** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org