IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:08cr34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Donnie Bethel, and enters his appearance on behalf of Defendant, **JAMES EARLE STINSON**, in the above-styled case.

Dated this 26th day of February 2008.

Respectfully submitted,

s/Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:08cr34-WKW |
| ) | |
| **JAMES EARLE STINSON** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/ Donnie W. Bethel**
**DONNIE W. BETHEL**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49