IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08CR34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

### ORDER

On February 26, 2008, the defendant appeared with counsel for a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). At that time, the defendant requested that the hearing be continued generally to afford the parties an opportunity to reach some accommodation concerning the defendant's case. The government did not object. Accordingly, it is

ORDERED that the detention hearing be and is hereby CONTINUED generally pending further order of the court. It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 26 day of February, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE