IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:08-cr-34-WKW |
| JAMES EARLE STINSON ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody JAMES EARLE STINSON, into the custody of DEA Special Agent Neill Thompson, and/or any other Montgomery HIDTA or DEA special agent assigned to this case, on March 10, 2008, through July 31, 2008, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing DEA Special Agent Neill Thompson, and/or any other Montgomery HIDTA or DEA special agent assigned to this case, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 4th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CR. NO.   2:08-cr-34-WKW |
| JAMES EARLE STINSON | ) |

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esquire, and Christine Freeman, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CR. NO. __2:08-cr-34-WKW__ |
| JAMES EARLE STINSON | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on March 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of JAMES EARLE STINSON to DEA Special Agent Neill Thompson, and/or any other Montgomery HIDTA or DEA special agent assigned to this case, on March 10, 2008, through July 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that DEA Special Agent Neill Thompson, and/or any other Montgomery HIDTA or DEA special agent assigned to this case, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE