IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:08-cr-34-WKW |
| JAMES EARLE STINSON ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner (Doc. #13), filed on March 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  It is further

ORDERED that the United States Marshals Service shall release custody of JAMES EARLE STINSON to DEA Special Agent Neill Thompson, and/or any other Montgomery HIDTA or DEA special agent assigned to this case, on March 10, 2008, through July 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that DEA Special Agent Neill Thompson, and/or any other Montgomery HIDTA or DEA special agent assigned to this case, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 5th day of March, 2008.

                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE