IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:08cr34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **JAMES EARLE STINSON,** by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 23rd day of April, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 2:08cr34-WKW |
| | ) |
| JAMES EARLE STINSON | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esquire, Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49