IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08CR34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |
| | ) | |

NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION
PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant James Earle Stinson with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Defendant Howard Smith was convicted on August 4, 1997, of Possession of Marijuana 1st Degree, in the Circuit Court of Montgomery County, Alabama, case number CC 96-1828.

The defendant has been made aware of this previous felony drug offense via United States Probation.

Respectfully submitted this 23rd day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280  (334) 223-7138 Fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO: 2:08CR34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7138 Fax
verne.speirs@usdoj.gov