IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
|     Plaintiff, | * |
| | * |
| VS. | *    DOCKET NO. 2:08cr0034 |
| | * |
| JAMES STINSON | * |
| | * |
|     Defendant. | * |

## MOTION TO WITHDRAW

COMES NOW Valerie Murry Smedley and moves this Honorable Court to allow her to withdraw as counsel for the defendant in the above-styled cause. As grounds counsel would show unto the Court the following:

1. That counsel was retained by the mother of the defendant to represent him in the above-styled cause.

2. That counsel contacted Attorney Don Bethel, Federal Defenders, regarding this matter and was informed that the defendant desires to maintain Attorney Bethel's representation in his change of plea now scheduled for Monday, April 28th.

3. That counsel will contact the defendant's mother to refund the retainer.

4. That it would be in the best interest of the defendant that he be allowed to maintain representation by Attorney Don Bethel.

**WHEREFORE**, the premises considered, the defendant prays that this Honorable Court will allow her to withdraw as counsel for the defendant in the above-styled cause.

Respectfully submitted this 25th day of April, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY       SME003**
**Attorney for the Defendant**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the United States Attorney's Office for the Middle District of Alabama by electronic filing on this the 25th day of April, 2008.

/s/Valerie Murry Smedley_____
**VALERIE MURRY SMEDLEY**
**Attorney for Defendant**