IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08-CR-34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

**ORDER**

Upon consideration of the motion to withdraw (doc. # 22) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 28th day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE