IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO.  2:08-cr-34-WKW |
| ) | |
| JAMES EARLE STINSON ) | |

**O R D E R**

Now pending before the court is the government's motion for detention (Doc. # 4), filed on February 22, 2008, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

Done this 2nd day of June, 2008.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              UNITED STATES MAGISTRATE JUDGE