IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08CR34-WKW |
| ) | |
| JAMES EARLE STINSON ) | |

MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO
§ 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(ACCEPTANCE OF RESPONSIBILITY)

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level defendant's offense level based on defendant's acceptance of responsibility. As grounds for this motion, the United States avers as follows:

1. A grand jury sitting in the Middle District of Alabama returned an indictment against defendant in February 12, 2008.

2. After being arrested, defendant notified the United States of his intent to plead guilty to counts 1 and 4 of the indictment sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty on April 28, 2008.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 17th day of July, 2008.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Verne H. Speirs
                              VERNE H. SPEIRS
                              Assistant United States Attorney
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              334-223-7280
                              334-223-7138 Fax
                              verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08CR34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Donnie Bethel.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334-223-7280
    334-223-7135 Fax
    verne.speirs@usdoj.gov