### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CASE NO.   2:08CR-34-WKW** |
| | ) | |
| **JAMES EARL STINSON** | ) | |

### ORDER

Upon consideration of the *Motion to Withdraw as Attorney* (Doc. #33) filed on July 17, 2008, and for good cause, it is

**ORDERED** that a hearing on motion be and is hereby set for **July 18, 2008** at **1:30 p.m., in courtroom 4-B**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 17th day of July, 2008.

                    /s/Charles S. Coody
                CHARLES S. COODY
                UNITED STATES MAGISTRATE JUDGE