# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** }<br>       **Plaintiff,** }<br> }<br>   **v.** }<br> }<br>**JAMES STINSON,** }<br>       **Defendant.** } | **Case No. 2:08-cr-0034-WHW** |

## NOTICE OF APPEARANCE

COMES NOW, Michael L. Kidd, and hereby gives Notice of Appearance as counsel representing James Stinson in the above styled cause.

Respectfully submitted on this the 21st day of July, 2008.

> S/ Michael L. Kidd
> **MICHAEL L. KIDD (KID001)**
> Attorney for the Defendant
> 22 Scott Street
> Montgomery, AL  36104
> Telephone:    (334) 834.5433
> Facsimile:    (334) 265.1926
> uakidd@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21st, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Spears
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

> s/ Michael L. Kidd
> **of COUNSEL**