IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
     v     )     CR. NO. 2:08cr34-WKW
     )
JAMES EARLE STINSON     )

**ORDER**

Now pending before the court are the *Motions to Withdraw as Attorney* filed by Attorney Donnie Bethel (doc. # 33) and Kevin Butler (doc. # 41). Attorney Michael Kidd has been retained by the defendant and filed a notice of appearance. Accordingly, upon consideration of the motions to withdraw, and for good cause, it is

**ORDERED** that the *Motions to Withdraw* (docs # 33 & 41) be and are hereby **GRANTED**.

Done this 22nd day of July, 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE