**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cr34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

## **ORDER**

It is ORDERED that the Motion to File Under Seal (Doc. # 39) and the Motion to Continue Sentencing (Doc. # 40) are GRANTED. Sentencing in this matter is CONTINUED from July 22, 2008, to **September 10, 2008, at 9:15 a.m.**

DONE this 22nd day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE