IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08cr34-WKW |
| | ) | |
| JAMES EARLE STINSON | ) | |

**ORDER**

Now pending before the court are the *Motion to Withdraw as Attorney* filed by Attorney Christine Freeman (doc. # 44). Attorney Michael Kidd has been retained by the defendant and filed a notice of appearance. Accordingly, upon consideration of the motion to withdraw, and for good cause, it is

**ORDERED** that the *Motion to Withdraw* (doc. # 44) be and is hereby **GRANTED**.

Done this 24th day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE